IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| LAWASKI CHANNEL, #662763 § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-154 |
| § | |
| DOUG DRETKE, DIRECTOR § | |
| OF TDCJ-CID § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on August 11, 2005. Petitioner has filed Objections to the Report and Recommendation after being given an extension of time.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that Petitioner's Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Lawaski Channel (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 14th day of September, 2005.

Samuel B. Kent
United States District Judge